**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Danna Letrice Harris v. Me Alpha

Appellate case number:   01-18-00566-CV

Trial court case number: 1108977

Trial court:             County Civil Court at Law No. 4 of Harris County

The reporter's record was originally due on August 6, 2018. The court reporter advised this Court that appellant had not requested preparation of the reporter's record. The Court advised appellant that she had not requested preparation of the reporter's record and that the briefs would be ordered filed without the benefit of a reporter's record unless she notified this Court that she had requested preparation of the reporter's record. We received no response from appellant and no reporter's record has been filed.

Accordingly, the court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record).

Appellant's brief must be filed **no later than 30 days after the date of this order**.

Appellees' brief will be due within 30 days after appellants' brief has been filed.

It is so ORDERED.

Judge's signature: _____/s/ Justice Richard Hightower_____
                         ☑ Acting individually    ☐ Acting for the Court

Date: __January 24, 2019___